**No. P66/216.**—Biddle Purchasing Co. et al. *v.* United States, protests 65/15246, etc. (New York).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 15, 1966

**No. P66/217.**—ACEC Electric Corp. *v.* United States, protests 63/22632, 64/11917, and 64/25288 (New York).

FORD, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of sewing machine motors similar in all material respects to those the subject of *ACEC Electric Corp.* v. *United States* (55 Cust. Ct. 138, C.D. 2563), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 20, 1966

**No. P66/218.**—Sims-Worms, Inc. *v.* United States, protests 63/8556, 63/8557, and 63/9711 (Los Angeles).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of waterproof twill back cotton velveteen cloth, which is similar in all material respects, including waterproofing, to the velveteen cloth the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.